```
                                  FILED
                              February 20, 2009
                           CLERK, US DISTRICT COURT
                           EASTERN DISTRICT OF
                                 CALIFORNIA
                               DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,       )<br>v.                            )<br>)<br>HAIYING FAN ,            )<br>)<br>_____Defendant._____) | Case No. CR. S-09-0066 GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release HAIYING FAN, Case No. CR. S-09-0066 GEB,

Charge   Title 18 USC § 371  , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ _150,000.00_

    X  Unsecured Appearance Bond _to be replaced by secured bond within 2 weeks._

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

    X  (Other) _Pretrial Services Supervision of Conditions_

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _February 20, 2009_ at _3:25_ pm.

By _/s/ Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge