LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   **Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                     Plaintiff,<br><br>  v.<br><br>HAIYING FAN<br>                Defendant, | No.    Cr. S-09-0066 GEB<br><br>ORDER FOR THE CLERK OF THE COURT TO SIGN A SUBORDINATION AGREEMENT CONCERNING DEFENDANT'S SECURITY FOR HER APPEARANCE |

ORDER

This matter having come before the court pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: The Clerk of the Court or his designee is ordered to sign and notarize the original Subordination Agreement for the property APN: 025-102-050.

It is Further Ordered: that the original of the Subordination Agreement, which shall be delivered to the Clerk of the Court, shall be the document signed by the Clerk of the Court or his designee and returned to Defendant's Attorney for transmission to Cornerstone Title Company.

Dated:  July 8,  2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1