LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR: Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:09 Cr. 66 GEB |
|---|---|
| Plaintiff, | COUNSEL'S REQUEST FOR AN ORDER SEALING HIS DECLARATION TO BE FILED AS AN ATTACHMENT TO HIS MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT AND [PROPOSED] ORDER |
| v. | |
| HAIYING FAN | |
| Defendant, | |

Counsel has filed a Motion to Withdraw as Counsel for Defendant on this date pursuant to Local Rule 182(d) and Rule 3-700(C)(1)(d) of the Rules of Professional Conduct of the State Bar of California on the grounds that there has been a complete breakdown in the attorney-client relationship which makes it difficult, if not impossible, for counsel to effectively carry out his duties as Defendant's counsel.

Counsel's justification for this motion is found in Counsel's Declaration, which contains attorney-client information and must be filed underseal to protect Defendant's constitutional rights.

Dated: February 28, 2011

/s/ _____
Christopher H. Wing
Attorney for Defendant Fan

///

1

**[PROPOSED] ORDER SEALING DECLARATION**

GOOD CAUSE APPEARING:

**IT IS ORDERED THAT:** The Declaration of Christopher H. Wing in Support of Motion to Withdraw shall be filed under seal.

**Date: 2/28/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

/ / /

2