IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States, | ) | |
|---|---|---|
| | ) | 2:09-cr-00066-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER SEALING COMMUNICATION |
| | ) | FROM COURT TO DEFENDANT |
| Haiying Fan, | ) | |
| | ) | |
| Defendant. | ) | |

The attached correspondence from the undersigned to Defendant Haiying Fan, which concerns the mailing address to be used while she seeks an attorney, shall be filed under seal. However, this Order shall be filed on the public docket.

Dated: March 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1