IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
United States,               )
                             )    2:09-cr-00066-GEB
         Plaintiff,          )
                             )
     v.                      )    ORDER CONCERNING DEFENDANT
                             )    HAIYING FAN'S CORRESPONDENCE
Haiying Fan,                 )
                             )
         Defendant.          )
_____)
```

      The undersigned judge received correspondence from Defendant Haiying Fan ("Defendant"), which concerns the amount of attorneys fees Defendant may owe her former counsel, Christopher Wing, and an inquiry to Mr. Wing whether he represents her concerning a Department of Real Estate accusation. The Clerk of the Court shall return the enclosed correspondence to Defendant.

      Defendant is not authorized to mail the undersigned judge correspondence concerning this criminal case or any other matter. Any future writings to the court shall be filed in this criminal case with the Clerk of Court. In addition, Defendant is warned that she risks incriminating herself when she communicates in a criminal case other than through an attorney, and therefore, it is imperative that she find an attorney to represent her in this criminal case as soon as possible.

Dated:  March 10, 2011

                                                    GARLAND E. BURRELL, JR.
                                                    United States District Judge