Kelly Babineau, SBN 190418
THE LAW OFFICE OF KELLY BABINEAU
901 H Street, ste 301
Sacramento CA 95814
kbabineau@klblawoffice.net
(916) 442-4948
(916) 442-8299
Attorney for Haiying Fan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA,
        Plaintiff,

v.

HAIYING FAN,

        Defendant.
_____/

**Case Number: 2:09-cr-00066**

**ORDER**
**Judge: Hon. Garland Burrell**

IT IS HEREBY ORDERED that KELLY BABINEAU be substituted in as the attorney of record for Haiying Fan in the case of USA v. Haiying Fan, case no. 09-cr-00066.

**Date: 4/4/2011**

_/s/ Garland E. Burrell_
GARLAND E. BURRELL, JR.
United States District Judge