KELLY BABINEAU, SBN 190418
The Law Office of Kelly Babineau, APC
901 H Street, ste 301
Sacramento CA 95814
kbabineau@klblawoffice.net
(916) 442-4948

ATTORNEYS FOR: Haiying Fan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No.   Cr. S-09-0066 GEB |
|---|---|
| Plaintiff. | STIPULATION AND ORDER FOR THE CLERK OF THE COURT TO SIGN A SUBORDINATION AGREEMENT CONCERNING DEFENDANT'S SECURITY FOR HER APPEARANCE |
| v. | |
| HAIYING FAN | |
| Defendant. | |

Defendant, HAIYING FAN, through her attorney, Kelly Babineay and the Plaintiff, the United States of America by its counsel, Assistant United States Attorney Philip Ferrari, hereby stipulate and agree that the Subordination Agreement for property with APN 025-102-050, a copy of which is attached as Exhibit A to this Stipulation, should be ordered by the Court to be signed and notarized by the Clerk of this Court or his designee, as it in no way impairs the equity that has been heretofore pledged to the Court as security for Defendant's appearance.

//
//
//
///

1

//

It is further stipulated that the original of the Subordination Agreement, which shall be delivered to the Clerk of the Court, shall be the document signed by the Clerk of the Court or his designee and returned to Defendant's Attorney for transmission to Cornerstone Title Company.

Dated:  September 26, 2011						Respectfully submitted,

								/s/ Kelly Babineau_____
								KELLY BABINEAU
								Attorney for Haiying Fan

Dated: September 26, 2011					/s/ Philip Ferrari ___		_
								Kelly Babineau for:
								PHILIP FERRARI
								Assistant U.S. Attorney

/ / /

KELLY BABINEAU, SBN 190418
The Law Office of Kelly Babineau, APC
901 H Street, ste 301
Sacramento CA 95814
kbabineau@klblawoffice.net
(916) 442-4948

ATTORNEYS FOR: Haiying Fan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No.   Cr. S-09-0066 GEB |
|---|---|
| Plaintiff. | ORDER FOR THE CLERK OF THE COURT TO SIGN A SUBORDINATION AGREEMENT CONCERNING DEFENDANT'S SECURITY FOR HER APPEARANCE |
| v. | |
| HAIYING FAN | |
| Defendant. | |

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: The Clerk of the Court or his designee is ordered to sign and notarized the original Subordination Agreement for the property APN: 025-102-050.

It is Further Ordered: that the original of the Subordination Agreement, which shall be delivered to the Clerk of the Court, shall be the document signed by the Clerk of the Court or

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

his designee and returned to Defendant's Attorney for transmission to Cornerstone Title Company.

DATED: September 27, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ / /