BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-09-0066 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE; |
| v. ) | and [proposed] ORDER |
| ) | |
| HAIYING FAN, ) | |
| ) | |
| ) | Date: August 3, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorney, and defendant Haiying Fan, through her attorney, that the status conference hearing set for June 22, 2012, be vacated, and a status conference hearing be set for August 3, 2012 at 9:00 a.m.  In addition to the voluminous discovery originally produced in this case, the parties have received and are examining additional materials from the State Department of Real Estate which relate to the underlying facts in this case. As stated previously, the parties believe that analysis of these materials may

1

aid in achieving resolution of this case, and is necessary to prepare the case for trial in any event.  Thus, the parties stipulate that the ends of justice are served by the Court excluding the time between June 22, 2012, and August 3, 2012.  The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: June 21, 2012           /s/ Philip A. Ferrari for
                               KELLY BABINEAU, ESQ.
                               Attorney for Defendant Fan

DATED: June 21, 2012           BENJAMIN B. WAGNER
                               United States Attorney

                          By:  /s/ Philip A. Ferrari
                               PHILIP A. FERRARI
                               Assistant U.S. Attorney

　　　IT IS ORDERED that the status conference currently set for June 22, 2012, is vacated, and a new status conference is set for August 3, 2012, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through August 3, 2012, pursuant to local code T4.  For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

　　　**IT IS SO ORDERED.**

Dated:  June 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2