BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case. No. CR-S-09-0066 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE; |
| v.  ) | and  ORDER |
| ) | |
| HAIYING FAN, ) | |
| ) | |
| ) | Date: August 10, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between the United States of America through its attorney, and defendant Haiying Fan, through her attorney, that the status conference hearing set for August 3, 2012, be vacated, and a status conference hearing be set for August 10, 2012 at 9:00 a.m.  The parties are engaged in negotiations to resolve the case and require additional time to research and review applicable Guideline provisions.  The parties stipulate that the ends of justice are served by the Court excluding the time between August 3, 2012, and August 10, 2012.  The parties request that time

1

1 be excluded based upon counsel's need for reasonable time to
2 prepare, taking into account the exercise of due diligence.  18
3 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

5 DATED: August 2, 2012          /s/ Philip A. Ferrari for
                                 KELLY BABINEAU, ESQ.
6                                Attorney for Defendant Fan

7 DATED: August 2, 2012          BENJAMIN B. WAGNER
8                                United States Attorney

9                           By:  /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
10                               Assistant U.S. Attorney

11      IT IS ORDERED that the status conference currently set for
12 August 3, 2012, is vacated, and a new status conference is set for
13 August 10, 2012, at 9:00 a.m.  For the reasons stipulated to by the
14 parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and
15 time is excluded under the Speedy Trial Act through August 10, 2012,
16 pursuant to local code T4.  For the reasons set forth in the
17 stipulation, the interests of justice served by granting this
18 continuance outweigh the best interests of the public and the
19 defendant in a speedy trial.
20      **IT IS SO ORDERED.**
21 Dated:  August 2, 2012

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge