UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HAIYING FAN,<br><br>    Defendant. | No. 2:09-cr-00066-GEB<br><br>**ORDER EXONERATING BAIL** |

Defendant Haiying Fan posted a $150,000 appearance bond secured by her residence. On November 2, 2015, Defendant filed a motion seeking to exonerate the appearance bond and reconvey the real property to its owners. (Def.'s Mot. 230.) The government filed a statement of non-opposition to Defendant's motion on November 20, 2015, in which it states:

> By this pleading, the government gives notice that it does not oppose [Haiying Fan's] motion to exonerate the bond.
>
> On March 22, 2013, Ms. Fan was sentenced to a term of imprisonment of one month, to be followed by a one year term of supervised release. Docket, No. 204. According to the Bureau of Prisons' website, Ms. Fan was released from custody on May 31, 2013. The United States Probation Office has informed the undersigned that Ms. Fan's term of supervised release concluded on May 30, 2014. Finally, the Financial Litigation Unit for the U.S. Attorney's Office was able to confirm that Ms. Fan paid both her special assessment and the fine imposed in this case.

1

        Accordingly, it appears that Ms. Fan has satisfied the obligations imposed upon her in this case, and there does not appear to be any reason for the bond to remain in place. For that reason, the government does not oppose her motion.

(Gov't Statement of Non-Opp'n, ECF No. 233.)

        IT IS HEREBY ORDERED that the $150,000.00 appearance bond submitted in this case is exonerated. Further, the Clerk shall reconvey the real property posted on March 10, 2013, back to the property owners. (See ECF Nos. 39, 43.)

Dated:  November 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge