UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Respondent,   v.   HAIYING FAN,   Movant. | No. 2:09-cr-66-GEB-EFB P   ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2016, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 9, 2016, are adopted in full;

2. Movant's § 2255 motion (ECF Nos. 229, 236) is summarily dismissed; and

3. The Clerk is directed to terminate the companion civil case, 2:15-cv-02277-GEB.

Dated:  July 20, 2016

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```