UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-66-GEB-EFB P |
| Respondent, | Ninth Circ. Case No. 16-16328 |
| v. | ORDER |
| HAIYING FAN, | |
| Movant. | |

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. On July 20, 2016, the court summarily dismissed the motion, but did not issue or deny a certificate of appealability at the time the final order was entered. See Rule 11(a), Rules Governing § 2255 Cases.

    A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the magistrate judge's June 9, 2016 findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right. Accordingly, the court declines to issue a certificate of appealability. The Clerk is directed to forward a copy of this order to the U.S. Court of Appeals for the Ninth Circuit for filing on the docket of Case No. 16-16328.

Dated: August 2, 2016

                                                                                                           GARLAND E. BURRELL, JR.
                                                                                                           Senior United States District Judge